**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kelly Luethe, individually and as parent and
natural guardian of her two minor children,
K. L. and an unborn child; and as Trustee for
the next of kin of decedent, Jarrett Luethe,

              Plaintiff,

vs.

m2Food, Inc., a Minnesota corporation,
d/b/a Carbone's Pizza & Sports Bar, and
Jesse Dean Brown,

              Defendants.

Civil File No: 18-CV-00052 (KMM)
Case Type: Dram Shop/Wrongful
Death


**STATEMENT INSTEAD
OF REDACTED DOCUMENTS**

---

Pursuant to Local Rule 5.6, the following documents were electronically filed

under seal:

**SEALED Correspondence 12/10/19 to The Honorable Kate M. Menendez;
SEALED Receipt of Minor Settlement Order and Funds re K.L.;
SEALED Certificate of Deposit Terms of K.L.;
SEALED Receipt of Minor Settlement Order and Funds re J.L.; and
SEALED Certificate of Deposit Terms of J.L.**

This statement is filed in lieu of redacted copies because each of the entire

documents are confidential, rendering redaction of the documents impracticable.

Dated:  December 11, 2019.

/s/ Patricia Yoedicke
Patricia Yoedicke (#0119337)
Chris Messerly (#177039)
Philip Sieff (#0169845)
**Robins Kaplan LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
(612) 349-8500
*PYoedicke@RobinsKaplan.com*
*CMesserly@RobinsKaplan.com*
*PSieff@RobinsKaplan.com*

1